1  DEBORAH KOCHAN, Bar No. 152089
   Email: dkochan@kochanstephenson.net
2  MATHEW STEPHENSON, Bar No. 154330
   Email: mstephenson@kochanstephenson.net
3  KOCHAN & STEPHENSON
   260 California Street, Suite 803
4  San Francisco, CA  94111
   Telephone:    415.392.6200
5  Facsimile:    415.392.6242

6  Attorneys for Plaintiff
   ELIZABETH MCSORLEY
7
   NANCY E. PRITIKIN, Bar No. 102392
8  MICHAEL G. PEDHIRNEY, Bar No. 233164
   LISA K. HORGAN, Bar No. 267632
9  LITTLER MENDELSON
   A Professional Corporation
10 650 California Street
   20th Floor
11 San Francisco, CA  94108.2693
   Telephone:    415.433.1940
12 Fax No.:      415.399.8490
   E-mail: nepritikin@littler.com
13 E-mail: mpedhirney@littler.com
   E-mail: lhorgan@littler.com
14
   Attorneys for Defendants
15 THE HARTFORD and THOMAS O'HAGAN

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

OAKLAND DIVISION

19

| | |
|---|---|
| 20  ELIZABETH MCSORLEY, | Case No.  10-cv-03209 CW |
| 21         Plaintiff, | **STIPULATED REQUEST FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| 22      v. | |
| 23  THE HARTFORD, THOMAS O'HAGAN, and DOES 1 through 25, | |
| 24         Defendants. | Judge:    The Honorable Claudia Wilken |

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

(CASE NO. 10-cv-03209 CW)

STIPULATED REQUEST FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE

Pursuant to Rules 6-1(b) and 6-2 of the Court's local rules, the parties hereby request through their respective counsel of record that the Case Management Conference scheduled in the instant matter to take place on Tuesday, November 23, 2010 at 2:00 p.m. be rescheduled to take place on Tuesday, November 30, 2010 at 2:00 p.m.

**IT IS STIPULATED.**

Dated: November 17, 2010

/s/ Deborah Kochan
DEBORAH KOCHAN
KOCHAN & STEPHENSON
Attorneys for Plaintiff
ELIZABETH MCSORLEY

Dated: November 17, 2010

/s/ Michael G. Pedhirney
MICHAEL G. PEDHIRNEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
THE HARTFORD and THOMAS O'HAGAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November __19__, 2010

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Firmwide:98710192.1 016869.2055

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1.   (CASE NO. 10-cv-03209 CW)
STIPULATED REQUEST FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE